# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2014

149063 & (14)(15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KEN PILARSKI and KAREN PILARSKI,
      Plaintiffs-Appellees,

v

VHS HURON VALLEY-SINAI HOSPITAL,
INC. a/k/a HURON VALLEY-SINAI
HOSPITAL,
      Defendant-Appellant.

SC: 149063
COA: 320149
Oakland CC: 12-127302-NH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 10, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2014



Clerk

t0430